Benjamin J. Mann, Bar Number 7-5449
Lewis N. Stoddard, Bar Number 7-6493
HALLIDAY, WATKINS & MANN, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
ecfmail@hwmlawfirm.com

Attorney for Guaranteed Rate, Inc.
File No. WY22697

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | Bankruptcy No. 26-20417CDP |
| Minh Duc Nguyen, | Chapter 26-20417CDP |
| Debtor. | Filed Electronically |

APPEARANCE OF COUNSEL AND
REQUEST FOR NOTICE OF PROCEEDINGS

Pursuant to Federal Rule of Bankruptcy Procedure 9010-1(b) and Local Rule 9010-1(d), Halliday, Watkins & Mann, P.C., enters an appearance on behalf of Guaranteed Rate, Inc. ("Creditor"), a secured creditor in the above-referenced bankruptcy. Halliday, Watkins & Mann, P.C. requests that it be provided with special notice of all filings made by the Debtor with the above-referenced Bankruptcy Court. Please add the following to the mailing matrix:

Lewis N. Stoddard
Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111

DATED: September 8, 2026

HALLIDAY, WATKINS & MANN, P.C.

By: *<u>/s/ Lewis N. Stoddard</u>*
Lewis N. Stoddard
Attorneys for Creditor

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 8, 2026 a true and correct copy of the foregoing and Appearance and Request for Notice of Proceedings was served via first class mail or electronically, addressed as follows:

Minh Duc Nguyen
1560 Richard Martin Dr
Cheyenne, WY 82007
Debtor
U.S. MAIL

Boyd O. Wiggam
PO Box 21363
Cheyenne, WY 82003
Debtor's Attorney
Electronic Service

United States Trustee
Electronic Service

Adam M. Goodman
1888 Sherman Street, Suite 750
Denver, CO 80203
Chapter 13 Trustee
Electronic Service

/s/ Lewis N. Stoddard
Lewis N. Stoddard
Attorney for Creditor